# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL BERNAL and JACK COE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:22-cv-00533-TL<br><br>[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT THE BOEING COMPANY |

This matter came before the Court on Defendant The Boeing Company's Motion for Withdrawal and Substitution of Counsel (Dkt. No. 27). The Court, having reviewed the pleadings and documents on file, being fully apprised of the premise and legal authority relating to this issue, and having considered Defendant's Motion for Withdrawal and Substitution of Counsel, and there being no opposition to the motion, ORDERS as follows:

1. Defendant's Motion for Withdrawal and Substitution of Counsel is GRANTED;

2. Kyle D. Nelson and Paul E. Smith of the law firm Perkins Coie, LLP ARE WITHDRAWN AS COUNSEL OF RECORD for Defendant The Boeing Company;

3. Laurence A. Shapero and Brenda L. Bannon of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C. ARE SUBSTITUTED AS COUNSEL OF RECORD for Defendant The Boeing Company; and

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

4. The appearances of Laurence A. Shapero and Brenda L. Bannon are ENTERED on behalf of Defendant The Boeing Company.

IT IS SO ORDERED.

Dated this 3rd day of February, 2023.

Tana Lin
United States District Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Brenda L. Bannon*
    Laurence A. Shapero, WSBA No. 31301
    Brenda L. Bannon, WSBA No. 17962
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:  (206) 693-7057
    Facsimile:   (206) 693-7058
    Email:  laurence.shapero@ogletree.com
          brenda.bannon@ogletree.com

*Substituting Counsel*

Approved as to Form; Presentation Waived:

PERKINS COIE, LLP

By: */s/ Kyle D. Nelson*
By: */s/ Paul E. Smith*
    Kyle D. Nelson, WSBA No. 49981
    Paul E. Smith, WSBA No. 21158
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101
    Telephone:  (206) 359-8000
    Facsimile:   (206) 359-9000
    Email:  KyleNelson@perkinscoie.com
          PSmith@perkinscoie.com

*Withdrawing Counsel*

[PROPOSED] ORDER GRANTING MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058