THE HONORABLE TANA LIN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# IN SEATTLE

PAUL BERNAL and JACK COE, individuals,

Plaintiffs,

vs.

THE BOEING COMPANY,

Defendant.

Case No. 2:22-cv-00533-TL

STIPULATED MOTION AND ORDER OF DISMISSAL

**Noted for: March 6, 2023**

**STIPULATION**

IT IS HEREBY AGREED AND STIPULATED, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), between defendant and Plaintiff, Jack Coe, that all claims for relief asserted in this matter by Plaintiff Coe be dismissed with prejudice and without award of attorney's fees or costs to either stipulating party.

DATED this 6th day of March, 2023.

/

/

STIPULATED MOTION
AND ORDER OF DISMISSAL
No. 2:22-cv-00533-TL - 1

BOYLE MARTIN THOENY, PLLC
100 WEST HARRISON, SOUTH TOWER, STE. 300
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.217.9400
FACSIMILE: 206.217.9600

BOYLE MARTIN THOENY, PLLC


  /s/ Margaret M. Boyle
Margaret Boyle, WSBA#17089
Attorneys for Plaintiffs
100 W. Harrison, South Tower, Ste. 300
Seattle, WA 98119
Email: margaret@boylemartin.com
Tel: 206.428.6197


OLGETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


  /s/ Laurence A. Shapero
Laurence A. Shapero, WSBA No. 31301


  /s/ Brenda L. Bannon
Brenda L. Bannon, WSBA No. 17962
Attorneys for Defendant
1201 Third Avenue, Ste. 5150
Seattle, WA 98101
Email: laurence.shapero@ogletree.com
       brenda.bannon@ogletree.com
Tel: 206.693.7057

STIPULATED MOTION
AND ORDER OF DISMISSAL
No. 2:22-cv-00533-TL - 2

BOYLE MARTIN THOENY, PLLC
100 WEST HARRISON, SOUTH TOWER, STE. 300
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.217.9400
FACSIMILE: 206.217.9600


**ORDER**

Based on the foregoing stipulation, IT IS HEREBY ORDERED that all claims for relief by Plaintiff, Jack Coe, are dismissed with prejudice and without fees or costs to the stipulating parties. The caption in this matter shall be amended to reflect this order of dismissal.

DATED this \_\_\_\_ day of March, 2023.

_____
JUDGE TANA LIN

Presented by:
BOYLE MARTIN THOENY, PLLC


 /s/ Margaret M. Boyle
Margaret Boyle, WSBA#17089
Attorneys for Plaintiffs
100 W. Harrison, South Tower, Ste. 300
Seattle, WA  98119
Email: margaret@boylemartin.com
Tel: 206.428.6197


OLGETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


 /s/ Laurence A. Shapero
Laurence A. Shapero, WSBA No. 31301


 /s/ Brenda L. Bannon
Brenda L. Bannon, WSBA No. 17962
Attorneys for Defendant
1201 Third Avenue, Ste. 5150
Seattle, WA 98101
Email: laurence.shapero@ogletree.com
          brenda.bannon@ogletree.com
Tel: 206.693.7057

STIPULATED MOTION
AND ORDER OF DISMISSAL
No. 2:22-cv-00533-TL - 3

BOYLE MARTIN THOENY, PLLC
100 WEST HARRISON, SOUTH TOWER, STE. 300
SEATTLE, WASHINGTON 98119
TELEPHONE: 206.217.9400
FACSIMILE: 206.217.9600