THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BERNAL and JACK COE, individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>THE BOEING COMPANY,<br><br>Defendant. | Case No. 2:22-cv-00533-TL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTIONS IN LIMINE TO**<br><br>**NOTED FOR CONSIDERATION**:<br>October 20, 2023 |

This matter came before the Court on Defendant The Boeing Company's Motions *in Limine*. Having reviewed the pleadings and papers on file in this case, it is HEREBY ORDERED that Boeing's Motions *in Limine*:

1. To exclude lay witnesses' "me too" testimony about own experience(s) of alleged disparate treatment workplace discrimination;
2. To require all parties to give 24-hour notice of witnesses, depositions, and exhibits to be called or used at trial.

are GRANTED.

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTIONS IN LIMINE - 1
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

1   IT IS SO ORDERED this _____ day of _____, 2023.

_____
Honorable Tana Lin

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTIONS IN LIMINE - 2
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

# CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2023, I served the foregoing [PROPOSED] ORDER GRANTING DEFENDANT'S MOTIONS IN LIMINE via the method(s) below on the following parties:

> Margaret M. Boyle, WSBA #17089
> BOYLE MARTIN THOENY, PLLC
> 100 West Harrison Street, Suite S300
> Seattle, WA 98119
> Tel:  206-217-9400
> Fax: 206-217-9600
> Email:  margaret@bmtlitigation.com
>
> *Attorney for Plaintiff Paul Bernal*

☒     by **electronic** means through the Court's Case Management/Electronic Case File system, which will send automatic notification of filing to each person listed above.

☐     by **mailing** a true and correct copy to the last known address of each person listed above. It was contained in a sealed envelope, with postage paid, addressed as stated above, and deposited with the U.S. Postal Service in Seattle, Washington.

☐     by **e-mailing** a true and correct copy to the last known email address of each person listed above.

SIGNED THIS 2nd day of October, 2023 at Seattle, Washington.

                 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                 By: */s/ Jordan E. Sheets*
                     Jordan E. Sheets, Practice Assistant
                     jordan.sheets@ogletree.com

[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTIONS IN LIMINE - 3
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058