UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PAUL BERNAL,<br><br>        Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>        Defendant. | CASE NO. 2:22-cv-00533-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

The Court ALLOWS the attorneys in this matter and their staff to bring food and drink into the courthouse for the duration of the trial, which begins on Monday, November 6, 2023, at 9:00 a.m. in Courtroom 14B and is expected to run through Thursday, November 9, 2023.

Dated this 30th day of October 2023.

                                                Ravi Subramanian
                                                Clerk of the Court

                                                s/ Kadya Peter
                                                Deputy Clerk