1

2                                                  THE HONORABLE TANA LIN

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**
                   **WESTERN DISTRICT OF WASHINGTON**
9                              **AT SEATTLE**

10   PAUL BERNAL and JACK COE, individuals,     Case No. 2:22-cv-00533-TL

11                    Plaintiffs,               ~~[PROPOSED]~~ **ORDER GRANTING JOINT**
                                                **STIPULATED MOTION FOR**
12          vs.                                 **EXTENSION OF TIME**

13   THE BOEING COMPANY,

14                    Defendant.

15

16          Plaintiff Paul Bernal and Jack Coe ("Plaintiffs") and Defendant The Boeing Company

17   ("Defendant") have filed their Joint Stipulated Motion for Extension of Time for the following

18   case deadlines:

19

20   |                                          | Original Deadline | Extended Deadline |
     |------------------------------------------|-------------------|-------------------|
21   | Findings of Fact and Conclusions of Law  | 12/15/2023        | 12/18/2023        |

22

23   //

24   //

25   //

26   //

~~[PROPOSED]~~ ORDER GRANTING JOINT
STIPULATED MOTION FOR EXTENSION
OF TIME- 1
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058

IT IS HEREBY ORDERED that the Parties shall file their respective Findings of Fact and Conclusions of Law later than December 18, 2023.

DATED: December 18, 2023.

Tana Lin
United States District Judge

Presented By:

OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.

By: */s/ Laurence A. Shapero*
By: */s/ Brenda L. Bannon*
    Laurence A. Shapero, WSBA No. 31301
    Brenda L. Bannon, WSBA No. 17962
    1201 Third Avenue, Suite 5150
    Seattle, WA  98101
    Telephone:   (206) 693-7057
    Facsimile:   (206) 693-7058
    Email:  laurence.shapero@ogletree.com
           brenda.bannon@ogletree.com

*Attorneys for Defendant*

Approved as to Form; Presentation Waived:

BOYLE MARTIN THOENY, PLLC

By: */s/ Margaret M. Boyle*
    Margaret M. Boyle, WSBA #17089
    100 West Harrison Street, Suite S300
    Seattle, WA 98119
    Tel:  206-217-9400
    Fax: 206-217-9600
    Email:  margaret@bmtlitigation.com

*Attorney for Plaintiffs*

[PROPOSED] ORDER GRANTING JOINT
STIPULATED MOTION FOR EXTENSION
OF TIME - 2
Case No. 2:22-cv-00533-TL

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
1201 Third Avenue, Suite 5150 | Seattle, WA 98101
Phone: 206-693-7057 | Fax: 206-693-7058